EXHIBIT "A", TWO PAGES

I, Shawna, do hereby depose and state the following:

1.) ON Friday, June 18, 2004, I lived at 28 wampanoag drive in Mashpee. Scott Turner, and Lisa Brundage pulled into Nadines drive way (next door), they were in a white convertable. I was barbequing out in the back yard and Scott And Lisa came back and sat down at my patio table. They were both a little hyper/excited and proceeded to tell us, Louis, Nadine M°Call, and myself what had just happened.

Scott said that he heard fighting in the camper by Lindas House, he knew that Tom was beating Lisa up again so he went into the camper and took Lisa out of there. Scott said that Tom yelled after them "If I catch either one of you, I will Kill you"

Lisa then said "OH Yeah, he will Kill us for sure" I asked her "What was she doing with him if she was afraid?" She said she didn't Know, but that Scott said he would protect her.

During that conversation, Scott called his Sister Linda and Linda told Scott that Tom was Looking for Lisa. Lisa said that she

was afraid because if Tom found her he
would kill her, Again, Scott said he would
protect her. Lisa also told us that Tom
beat her up almost every day.


    I, Shawna Mathews, Do swear The
above affidavit to be true. I sign under
the pains and penalties of perjury on this
date   04. 25. 08

            *Shawna Mathews*
            Shawna Mathews
            723 N. 24th St Apt. #2
            Billings mt.
                  59101

PART OF: EXHIBIT A

## ACKNOWLEDGMENT

State of ___ MT ___
County of ___ yellowsl ___
On this 24th day of April, 2008, Shawna Mathews personally appeared before me,
___ who is personally known to me,
_X_ whose identity I verified on the basis of ___ MT DL ___,
___ whose identity I verified on the oath/affirmation of _____,
___ a credible witness,
to be the signer of the foregoing document, and he/she acknowledged that he/she signed it.

LYNN HENNESSY
NOTARIAL
SEAL
STATE OF MONTANA

_Lynn Hennessy_
Notary Public

My Commission Expires: ___ 6-21-2008 ___

_Attribution Clause: This Certificate is prepared for, and exclusively belongs to, the accompanying document entitled_
___ Affidavit ___, which consists of ___ 2 ___ page(s) and is dated ___ 4-24-08 ___
_If this Certificate is appropriated to any document other than the one described herein, it shall be deemed null and void._

Copyright 2001 by the Notary Law Institute. Unauthorized reproduction of any kind of this form is strictly prohibited.

EXHIBIT "B", THREE PAGES

May 21, 2008

"My name is Nadine McCall residing at 26 Wampanoag Drive in Mashpee, MA. This is my affidavit regarding the murder of Scott Turner.

On Friday, June 18, 2004, Scott Turner and Lisa Brundage came to my house and Louie's wife Shawna Matthews for a cookout. This was the first time meeting Lisa Brundage. Scott had told me that he told Lisa had slept with him that day and that he and Lisa were "hooking up". But Lisa was very afraid that Scott was going to be killed, along with her, when her boyfriend, Tom Winner caught up with them, and that Tom was looking for them, but they took off on him and came over to my house. Scott said he was looking for Louie about a job, working with Louie for Louies boss Raymond Lopes for the following day. Lisa told me, and my husband, Moses McCall, that Tom was going to kill her and Scott, when he found them. She was crying and very nervous, and we tried to assure her that Tom would not come to my house. Scott told Lisa that he could handle Tom Winner and he would beat him ...

Scott told Lisa that he wouldn't let Tom hurt her. He stated that "the one thing he can't stand is a man putting his hands on a woman." Scott tried to assure Lisa also, but she still was very frightened. Louie came home about a half hour later and talked with Scott, and he and Lisa left in her white, Le Baron coupe. (The car she said Tom was looking for. Two or three days later Scott Turner was found dead. We let the attorney for Louie Matthews know all of this information, and that we heard this firsthand, directly from Scott and Lisa. This is not hearsay. Three days or so later. Scott Turner was dead, and Louie was arrested. I spoke with Linda Turner on June 23,2004 that morning and asked her what had happened. Linda told me that she was drunk and passed out, but that Louie had come and Scott had gone out and Louie came back around 12:30 am, without Scott. Linda said that Louie woke her up 2 or 3 times that night saying "You need to get up and get your brother because they are going to kill him", and that Scott was getting into a white car. When I asked her why she didn't get up, she said she thought Louie was playing

with her, and she didn't take him seriously, although he kept trying to wake her until about 4:00 am when she finally did get up, and Louie was asleep on her chair in the living room. She ended the conversation saying that she would call me later. She did call back saying that she could not say anymore, but that Tom Winner and Lisa were gone, moved out suddenly that very day.

Nadine McCall

On this 6th day of May, 2008, before me, the undersigned notary public, personally appeared Nadine McCall proved to me through satisfactory evidence of identification which was her drivers license (mass) to be the person whose name is signed on this document in my presence



ERICA K. LEE
Notary Public
Commonwealth of Massachusetts
My Commission Expires May 10, 2013

W86694

EXHIBIT "C", SEVEN PAGES

page 1 of 1                              May 5 2008

My name is Janette P. Ferreira, I reside at 1 Wampanoag Dr M-8 in Mashpee, Ma. 02649. This is my affadavit regarding the murder of Scott Turner on the week of June 23, 2004.

On June 16 2004 I Janette Ferreira was at Nadine McCall's home celebrating my birthday, which Nadine McCall resides at 26 Wampanoag Dr. That evening Lynda & Scott Turner and Linda Matney showed up to say happy birthday and introduce her brother Scott who just got of jail after 5 years or more. So later on that evening I left with Lynda and Scott Turner & Linda Matney To go back to Lynda Turner apartment to party. Lynda Turners Brother Scott Turner & I hooked up and went back to my apartment and spent the night. On June 17, 2004 Scott Turner went out to my car to take out and put in a new waterpump in my 1992 mercury topaz which Marty Fields from the office at the Mashpee Village walked over and said nobody can work on vehicals here. So Scott T put back

page 2 of 1

The parts on the vehical and got it over to 181 ninecipet ave which is the address of Lynda Turner. after Scott worked on the car he was drinking lots of alcohol and started getting mad and threw my tool box at me and I moved out of the way. Shortly after Nadine McCall showed up to show us her new car and to drop off Sue Matthews I told her dont leave me here because I was afraid of Scott Turner in his behavior on how he was handeling alcohol so I went home for the evening.

So on June 18 2004 I went back to Lynda Turner apartment to find out what is going on with My Car, Lynda T. told me Scott T left with Lisa Brundage last night and hasnt come back. So Lynda Turner Boyfriend Wayne Doherty and a friend of his put my vehical back together. Then Tom Winner showed up asking Lynda Turner weres your Brother Scott T. and Lisa B. were are She said I dont know So Tom Winner went back to his place after he told us Im going to Kill Your Brother & Lisa B So he left

pg3

and after Tom Winner left Wayne Doherty started yelling at Lynda T about all the stupid stuff Scott T has been pulling. So Wayne D. Told Lynda T if your brother doesn't leave here by Monday I'm going to kill him. Shortly after Scott & Lisa and Louie Mathews showed up together and Lisa B. went back to her apartment. Then Lynda Said Somebody should check on Lisa B. because Tom Winner left here a little while ago and he's going to probably going to beat her like he always do. So Scott went down to Lisa B place to check on her and came back to Lynda T apartment with Lisa B. Scott told us he slammed Tom W up against the wall and said if you ever put another hand on Lisa I'll kill you. At That point I said I'm leaving because I could tell something was going to happen soon.
On June 19 2004 I went back to Lynda T house to see how things were and I guess Scott T and Louie M., were working together for Raymond Lopes and early that after noon when Scott T and Louis M.

Came back to Lynda Turner                page 4
apartment and was talking
about how Raymond loved the
way Scott T worked and that
Scott was going to get a job
working for Raymond Lopes
Then I went to Stop & Shop
and bought steaks for a early
fathers day cook out. Then
after the cook out was over
I went home and Louie Matthews
slept over Lynda T House again
because Scott T & Louie M
were the only ones that got
along with each other.
Wayne D was acting all jealous
because he knew Lynda T still
had a thing (Relationship) with
Louie M behind his back and
couldn't stand the fact that
Scott T was becoming close friends
with Louie M.
     On June 20, 2004 fathers day
Every one showed up at Nadine M
home for a cook out and
Lynda T, Scott T, Wayne D, Louie M
and Melique Gomes Showed up
with Clams & Steamers for the
cook out. after a few hours went
by Wayne D. went home because
Lynda T, was spending time
with Louie M. and hanging

page 5

all over him. a few more hours went by and Linda M. and Lynda T were leave to go back to 181 ninequt ave and Louie M. was invited to go but we talked to him out of it because Wayne D said he was getting tired of Louie sleeping over everynight.

On June 21 (Janette) was at Nadine house for left over food & food Company. When Louie M got dropped off by his boss and went into Shawna Matthews house to take a shower, and get dressed up to go see Lynda T and Scott T. So Shauna M gave Louie M a ride to Lynda T home. So he can party some more.

On June 22, 2004 that afternoon I went back to Lynda T Department Were everyone was still partying. I was like better them then me. but we all took awalk to andys market and then walked back to 181 ninegut ave by walking along the water were Louie M., Scott T & Lynda T went skinney dipping while I me and wayne D just sat there and watched; but wayne was mad and said

Page 6

I dont know how Lynda T Can skinney dip with her ex boy friend Louie M & her brother Scott. Which for a couple of years now Wayne D always thought Lynda had sexual relationship with Louie M. and has already been caught by Wayne D. So finally I went home for the evening and Louie M stayed over again which I knew Lynda T & Louie M were sneaking behind Wayne D back every time Wayne passed out. because Lynda T told me and I said your Crazy.

On June 23 2004 I was sitting out in my car when I saw Louie M get dropped off by Lynda T and her boss Mike. Then Shortly after that The police were back over Shawna M house at 28 wampanoag Dr were they arrested Louie M. After a few day went by I (Janette) went over to Lynda T home to go to work with her we were going to do yard work for George Ryan and rake his mothers yard Which George Ryan was telling us how he had to get Tom out of here that morning & told him he need to get out of here!

page 7

Because of the murder and Lynda T was like dont say Nothing around Janette J. So after a few more days and Lynda T & I (Janette) went to work up in Barnstable when after a couple of hours of stainning the decks Lynda T got a phone call from wayne D saying he found a bloody shirt and the he called the detectives and also found the murder weapon so Lynda Said she didnt want me to give her a ride and the her boss mike will and when I went home I was asking my self why dicint the dogs sniff out the bloody shirt on the chair & sniff out the murder weapon the day of the murder instead of 8 days later I asked my self!!!

To whom it may concern this is my 2 pages affidavit regarding the murder of Scott Turner.

Sincerely
Janette Fereira

JACQUELINE B. NOLAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
August 17, 2012

THE WORD INCLUSIVE IS AN ERROR    DNA TESTIMONY    ERRORS ON 534-1
537-3
538-3
543-1
549-1

1    lab.

2    Q    And did you have occasion to perform some -- or

3    receive some samples in your Case No. 04-06128 Mashpee?

4    A    Yes, I did.

5    Q    Okay.  And first of all, who did you receive those

6    from?

7    A    I received the samples from the evidence unit.

8    Q    Okay.  And what process did you go through relative

9    to processing your samples?

10   A    As I stated previously, once I receive a sample from

11   the evidence unit, I went through a process of

12   extracting the samples, quantitating the samples,

13   amplifying them, then running them on the instrument,

14   interpreting the D.N.A. profile and writing a report.

15   Q    And incidentally, do you have your report with you?

16   A    I do.

17   Q    If it will assist you in my questioning of you, you

18   can retrieve it at this point.

19                  (Witness complied with request.)

20   Q    Okay.  First of all, did you -- what samples did you

21   analyze?

22   A    I sampled or analyzed -- I believe it was 21 samples

23   for this case.  Would you like me to list the items?

24   Q    No.  At this point, did you have occasion to analyze

EXHIBIT "D" PAGES TWO SIDED, SEVEN PAGES IN TOTAL

```
 1        a red-brown stain on a boot, your Item No. 8-2-11?
 2     A  Yes, I did.
 3     Q  And what, if anything, did you find with that?
 4     A  I found that the D.N.A. profile obtained from the
 5        boot, the red-brown stain near the-toe area matched the
 6        D.N.A. profile from Scott Turner and did not match the
 7        D.N.A. profile from Louis Mathews.
 8     Q  Okay.  And did you have occasion to analyze a series
 9        of swabs that were Items 10-9-1 through 10-9-4?
10     A  Yes.
11     Q  And what were the results of that?
12            THE COURT:  Why don't you just identify what
13        those swabs are from?
14     A  Item No. 10-9.1 was a red-brown stain on -- described
15        as left exterior on a pair of shorts.  10-9.2 is a
16        red-brown stain described as being on the interior
17        center rear waistband of a pair of shorts.  10-9.3 is a
18        red-brown stain described as being on the left leg,
19        rear interior portion of a pair of shorts.
20            And 10-9.4 is a red-brown stain on the interior --
21        described as on the interior panties of a pair of
22        shorts.
23     Q  Okay.  And what were the results of your analysis of
24        that?
```

1    A   The D.N.A. profile obtained from those items yielded
2    inclusive results for comparison with Scott Turner and
3    Louis Mathews.
4    Q   Okay.  And with respect to comparison, in addition to
5    the swabs, if you will, the samples of both Louis
6    Mathews, the Defendant, and Scott Turner, the victim,
7    were submitted to you; is that correct?
8    A   Yes, they were.
9    Q   Those are referred to as exemplars?
10   A   Yes.
11   Q   And you use those for comparison?
12   A   Yes.
13   Q   And relative to that finding that you just -- the
14   conclusion that you just testified to, what exactly
15   does that mean with respect to your analysis?
16   A   Essentially a result of inconclusive in this case
17   means that there was just not enough D.N.A. information
18   in the D.N.A. profile that we obtained to either
19   include or exclude those two individuals.
20   Q   Okay.  And it doesn't mean that either person's
21   D.N.A. is or isn't there; is that correct?
22   A   That's correct.  There is not enough information to
23   say.
24   Q   And relative to -- did you have occasion to perform

```
 1    | some testing on swabs that were identified as the
 2    | Defendant's hand swabbings?
 3    |A  Yes, I did.
 4    |Q  And as well as fingernail clippings?
 5    |A  I tested swabs from different areas of the
 6    | Defendant's hands as well as swabs of fingernail
 7    | clippings from Scott Turner.
 8    |Q  Okay. Now, with respect to the hands of Mathews,
 9    | what conclusions, if any, did you come up with?
10    |     MR. SEGADELLI: Can you make reference to what
11    | item number we're talking about now?
12    |     MR. TRUDEAU: This would be Item 20-1.1.
13    |A  I have listed here the swabs from the Defendant's
14    | hands were Item Nos. 10-12 through 10-17.
15    |Q  Okay. And what again what were the conclusions
16    | relative to those?
17    |A  I have slightly different conclusions for each one,
18    | but the major profile for each of those -- for each of
19    | those samples matched the D.N.A. profile from Louis
20    | Mathews. And the minor profile --
21    |     MR. SEGADELLI: Well, I --
22    |     THE COURT: Sustained.
23    |     MR. SEGADELLI: May I have a moment?
24    |Q  With respect to what you just said, that's the
```

```
 1      Defendant's own D.N.A. on his own hands; is that
 2      correct?
 3    A  Yes, that's correct.
 4    Q  Okay.  And then what next did you find?
 5    A  Would it be all right if I read the conclusions for
 6      each individual --
 7    Q  Certainly.
 8    A  -- sample?
 9    Q  Certainly.
10    A  There's quite a number of conclusions here.  The
11      D.N.A. profile obtained from the swabs of right palm,
12      Mathews.
13              MR. SEGADELLI:  Could I just have a moment?
14      Where are you?
15              THE WITNESS:  I'm just reading the summaries on
16      the first page.
17              MR. SEGADELLI:  Very good.
18              THE WITNESS:  The D.N.A. profile obtained from
19      the swabs of right palm Mathews, 0.5-nanogram and 1
20      nanogram -- this is just -- I tested different
21      quantities of the D.N.A. for the sample.  There's a
22      mixture of D.N.A. from at least two individuals.  Louis
23      H. Mathews, Jr. matched the major male profile in this
24      D.N.A. mixture.  The minor profile in this D.N.A.
```

| | |
|---|---|
| 1 | yielded inclusive results for comparison with Scott |
| 2 | Turner. |
| 3 | The D.N.A. profile obtained from the swabs right |
| 4 | hand between fingers Mathews is a mixture of D.N.A. |
| 5 | from at least two individuals: Louis H. Mathews, Jr., |
| 6 | matched the major male profile in this D.N.A. mixture. |
| 7 | The minor profile in this D.N.A. mixture yielded |
| 8 | inclusive results for comparison with Scott Turner. |
| 9 | The D.N.A. profile obtained from the swabs of |
| 10 | left fingernails Mathews again tested at two different |
| 11 | quantities of D.N.A., .5 nanograms and 1 nanogram. |
| 12 | There's a mixture of D.N.A. from at least two |
| 13 | individuals: Louis H. Mathews, Jr. matched the major |
| 14 | male profile in this D.N.A. mixture. The minor profile |
| 15 | in this D.N.A. mixture yielded inclusive results for |
| 16 | comparison with Scott Turner. |
| 17 | The D.N.A. profile obtained from the swabs of |
| 18 | left palm Mathews, again .5 nanograms and 1 nanogram, |
| 19 | is a mixture of D.N.A. from at least two individuals: |
| 20 | Louis H. Mathews, Jr. matched the major male profile in |
| 21 | this D.N.A. mixture. The minor profile in this D.N.A. |
| 22 | mixture yielded inconclusive results for comparison |
| 23 | with Scott Turner. |
| 24 | The D.N.A. profile obtained from the swabs of |

| | |
|---|---|
| 1 | left hand between fingers at the .5 nanogram quantity, |
| 2 | there's a mixture of D.N.A. from at least two |
| 3 | individuals: Louis H. Mathews, Jr. matched the major |
| 4 | male profile in this D.N.A. mixture. The minor profile |
| 5 | in this D.N.A. mixture yielded inconclusive results for |
| 6 | a comparison with Scott Turner. |
| 7 | The D.N.A. profile obtained from the swabs of |
| 8 | left hand between fingers Mathews, 1 nanogram quantity |
| 9 | is a mixture of D.N.A. from at least three individuals: |
| 10 | Louis H. Mathews, Jr. matched the major male profile in |
| 11 | this D.N.A. mixture. The minor profile in this D.N.A. |
| 12 | mixture yielded inclusive results for comparison with |
| 13 | Scott Turner. |
| 14 | And there's one more conclusion. The D.N.A. |
| 15 | profile obtained from the swabs of left fingernails |
| 16 | Mathews is a mixture of D.N.A. from at least two |
| 17 | individuals: Louis H. Mathews, Jr. matched the major |
| 18 | male profile in this D.N.A. mixture. The minor profile |
| 19 | in this mixture yielded inclusive results for |
| 20 | comparison with Scott Turner. |
| 21 | Q Now, I'm going to ask you, if you could, for the |
| 22 | jury, explain what the phrase that you are referring to |
| 23 | as yielded inclusive results for comparison with Scott |
| 24 | Turner means? |

```
 1    A   The minor profile in the mixture didn't contain
 2        enough D.N.A. in order to make a conclusion, either an
 3        inclusion or an exclusion of the D.N.A. profile of
 4        Scott Turner.
 5    Q   It doesn't mean that his D.N.A. is not there?
 6               MR. SEGADELLI:   I object.
 7               THE COURT:   Sustained.
 8    Q   And relative to -- did you have occasion to -- in
 9        addition to that, your Item 15-1?  That being a wooden
10        branch?
11    A   Yes.
12    Q   Okay.  Did you have occasion to analyze that?
13    A   Yes, I did.
14    Q   And what did you do with respect to that?
15    A   I analyzed that sample in the same way as the other
16        samples.  And the conclusion that I obtained from that
17        sample in comparison with the D.N.A. profiles from
18        Scott Turner and Louis Mathews was that the D.N.A.
19        profile obtained from the red-brown stain on the branch
20        matched the D.N.A. profile from Scott Turner and did
21        not match the D.N.A. profile from Louis H. Mathews, Jr.
22    Q   Okay.  And relative to matching, when you received
23        those results, what next do you do relative to your
24        testing?
```

```
 1    A  When I receive a match, I will then perform a
 2       statistical calculation to give weight to that match or
 3       to give -- to give meaning to that match.
 4    Q  Okay. Did you do that in this case?
 5    A  Yes, I did.
 6    Q  And what results did you come up with?
 7    A  Concerning that sample, the red-brown stain on
 8       branch, I -- my conclusion states that Scott Turner
 9       could have been the source of the male D.N.A.
10       identified on the red-brown stain on branch.
11         Results were obtained for all areas of the D.N.A.
12       that we tested. The probability of a randomly selected
13       unrelated individual having a D.N.A. profile matching
14       that obtained from these items is approximately 1 in
15       71.68 trillion of the Caucasian population; 1 in
16       10.37 quadrillion of the African American population;
17       and 1 in 893.7 trillion of the Hispanic population.
18    Q  Okay. And what's the population of the world?
19    A  I believe it's about 6 trillion -- or 6 billion at
20       this point.
21    Q  And again, with respect to your statistical
22       mathematics for a probability of matching on this -- on
23       this sample is again what?
24    A  The numbers range from -- for the Caucasian
```

| | |
|---|---|
| 1 | population, 71.68 trillion. For the African American |
| 2 | population, 10.37 quadrillion. For the Hispanic |
| 3 | population, 892.7 trillion. |
| 4 | MR. TRUDEAU: Very good. Thank you. |
| 5 | CROSS-EXAMINATION |
| 6 | BY MR. SEGADELLI: |
| 7 | Q Likewise, ma'am, you had the opportunity to test and |
| 8 | analyze fingernails from what's at least identified to |
| 9 | you as Turner? |
| 10 | A Yes. |
| 11 | Q Okay. And how many different tests did you do for |
| 12 | fingernails of Turner? For Mr. Turner? |
| 13 | A I believe with the fingernail samples, I tested them |
| 14 | initially; and then when looking at the D.N.A. profile, |
| 15 | noted a minor profile. And in an attempt to get |
| 16 | additional information from the minor profile, I went |
| 17 | back and reamplified the sample with a larger amount of |
| 18 | D.N.A. added. |
| 19 | So, in total, I performed the test -- the |
| 20 | amplification process twice on that sample. |
| 21 | Q Because at times -- and you'll have to explain. When |
| 22 | you have a small bit of a sample, again you can amplify |
| 23 | or multiply so then you have a greater source of the |
| 24 | same sample? |

```
 1    A    Right.

 2    Q    And its integrity is still intact?  So, you can

 3     perform more tests, true?

 4    A    That's correct.

 5    Q    And you did that to the sample that's under

 6     fingernails of Mr. Turner?

 7    A    Yes.

 8    Q    How many different tests did you perform?

 9    A    I performed the amplification process twice.

10    Q    Okay.  Major contributor?

11    A    Major contributor matched the D.N.A. profile from

12     Scott Turner.

13    Q    Was there another contributor?

14    A    For these swab of the right fingernail clippings?

15    Q    Yes.

16    A    There were at least -- in the larger quantity that I

17     amplified, I was able to generate a profile from that.

18     And from that profile, we can determine that there were

19     at least three contributors from that profile.

20    Q    Excluded?

21    A    Can I just refer to my conclusions?  The minor

22     profile in this D.N.A. mixture -- Louis Mathews -- I'm

23     on the wrong conclusion.

24    Q    Again, fingernails Turner we're looking at, ma'am?
```

```
1   A  Yes.  The D.N.A. obtained from the swab of right --

2      fingernail clippings, right, Turner, one nanogram

3      quantity, is a mixture of D.N.A. from at least three

4      individuals.

5        Scott Turner matched the major male profile in this

6      D.N.A. mixture.  The minor profile in this D.N.A.

7      mixture yielded inclusive results for comparison with

8      Louis H. Mathews.

9   Q  The other samples obtained from under the fingernails

10     of Turner, tell us, please, that result?

11  A  The D.N.A. profile obtained from the swab of

12     fingernail clippings, left, Turner, has a mixture of

13     D.N.A. from at least two individuals.  Again, Scott

14     Turner matched the major male profile in this D.N.A.

15     mixture.

16       The minor profile in this D.N.A. mixture yielded

17     inconclusive results for comparison with Louis H.

18     Mathews, Jr.

19  Q  I didn't want to interrupt.  I'm sorry.

20  A  I just have one more conclusion.

21  Q  Okay.

22  A  The D.N.A. profile obtained from the swab of

23     fingernail clippings, right, Turner, at -- the original

24     test that I performed is a mixture of D.N.A. from at
```

```
 1    least two individuals.  Scott Turner matched the major
 2    male profile in this D.N.A. mixture.  The minor profile
 3    in this D.N.A. mixture yielded inclusive results for
 4    comparison with Louis H. Mathews.
 5   Q  And we keep saying inconclusive results as it relates
 6    to that fellow.  It's inconclusive as it relates as to
 7    myself or the stenographer as well, isn't it?  We just
 8    can't test it?
 9   A  That's not necessarily the case.
10   Q  Okay.  You didn't have enough of a sample even when
11    you amplified it, true?
12   A  If I had comparison with -- the two exemplars samples
13    that I had, there was not enough information to
14    determine if the profile of Louis Mathews could be
15    included.
16   Q  Now, you tested a white t-shirt, true?
17   A  That's correct.
18   Q  And please give us your results with respect to the
19    white t-shirt?
20   A  I actually have two samples of -- from a white
21    t-shirt.
22   Q  Give us your results, please, ma'am?
23   A  The D.N.A. profile obtained from the red-brown stain
24    on t-shirt is a mixture of D.N.A. from at least three
```

| | |
|---|---|
| 1 | individuals. Scott Turner and Louis H. Mathews, Jr. |
| 2 | are excluded as sources in this D.N.A. mixture. The |
| 3 | D.N.A. profile obtained from the red-brown stain on |
| 4 | t-shirt sleeve is a mixture of D.N.A. from at least |
| 5 | four individuals. |
| 6 | Louis H. Mathews, Jr. is excluded as a source in this |
| 7 | D.N.A. mixture. The profile in this D.N.A. mixture |
| 8 | yielded inconclusive results for comparison with Scott |
| 9 | Turner. |
| 10 | Q That's the white t-shirt, ma'am, true? That's the |
| 11 | white t-shirt, right? |
| 12 | A That is a white t-shirt. |
| 13 | Q Was the minor profile from the t-shirt, specifically |
| 14 | I believe the chest -- and correct me if I'm wrong -- |
| 15 | or the minor profiles in that compared to under the |
| 16 | fingernails of victim? |
| 17 | A They were. |
| 18 | Q What was the result? |
| 19 | A That's not actually noted in the report, but it's |
| 20 | noted in the record of conversations. |
| 21 | Q Please give us your results? You're an expert? |
| 22 | A The major profile obtained from the red-brown stain |
| 23 | on the t-shirt could be included as a potential |
| 24 | contributor to the minor profile obtained from the swab |

TRANSCRIPT CORRECTIONS

534

```
 1    A   The D.N.A. profile obtained from those items yielded

 2        inconclusive results for comparison with Scott Turner
              Cora 1
 3        and Louis Mathews.

 4    Q   Okay.  And with respect to comparison, in addition to

 5        the swabs, if you will, the samples of both Louis

 6        Mathews, the Defendant, and Scott Turner, the victim,

 7        were submitted to you; is that correct?

 8    A   Yes, they were.

 9    Q   Those are referred to as exemplars?

10    A   Yes.

11    Q   And you use those for comparison?

12    A   Yes.

13    Q   And relative to that finding that you just -- the

14        conclusion that you just testified to, what exactly

15        does that mean with respect to your analysis?

16    A   Essentially a result of inconclusive in this case

17        means that there was just not enough D.N.A. information

18        in the D.N.A. profile that we obtained to either

19        include or exclude those two individuals.

20    Q   Okay.  And it doesn't mean that either person's

21        D.N.A. is or isn't there; is that correct?

22    A   That's correct.  There is not enough information to

23        say.   EXHIBIT "E" PAGES ONE SIDED, SEVEN PAGES IN TOTAL

24    Q   And relative to -- did you have occasion to perform
```

DANIEL E. HORGAN, OCR; BARNSTABLE SUPERIOR COURT
(508) 375-6666; Email: daniel.horgan@jud.state.ma.us

1   yielded inconclusive results for comparison with Scott
          CoRR. 2

2   Turner.

3        The D.N.A. profile obtained from the swabs right

4   hand between fingers Mathews is a mixture of D.N.A.

5   from at least two individuals:  Louis H. Mathews, Jr.,

6   matched the major male profile in this D.N.A. mixture.

7   The minor profile in this D.N.A. mixture yielded

8   inconclusive results for comparison with Scott Turner.
        CoRR. 3

9        The D.N.A. profile obtained from the swabs of

10  left fingernails Mathews again tested at two different

11  quantities of D.N.A., .5 nanograms and 1 nanogram.

12  There's a mixture of D.N.A. from at least two

13  individuals:  Louis H. Mathews, Jr. matched the major

14  male profile in this D.N.A. mixture.  The minor profile

15  in this D.N.A. mixture yielded inconclusive results for
                                    CoRR. 4

16  comparison with Scott Turner.

17       The D.N.A. profile obtained from the swabs of

18  left palm Mathews, again .5 nanograms and 1 nanogram,

19  is a mixture of D.N.A. from at least two individuals:

20  Louis H. Mathews, Jr. matched the major male profile in

21  this D.N.A. mixture.  The minor profile in this D.N.A.

22  mixture yielded inconclusive results for comparison

23  with Scott Turner.

24       The D.N.A. profile obtained from the swabs of

1        left hand between fingers at the .5 nanogram quantity,

2        there's a mixture of D.N.A. from at least two

3        individuals:   Louis H. Mathews, Jr. matched the major

4        male profile in this D.N.A. mixture.   The minor profile

5        in this D.N.A. mixture yielded inconclusive results for

6        a comparison with Scott Turner.

7            The D.N.A. profile obtained from the swabs of

8        left hand between fingers Mathews, 1 nanogram quantity

9        is a mixture of D.N.A. from at least three individuals:

10       Louis H. Mathews, Jr. matched the major male profile in

11       this D.N.A. mixture.   The minor profile in this D.N.A.

12       mixture yielded inconclusive results for comparison
                                *corr. 5*
13       with Scott Turner.

14           And there's one more conclusion.   The D.N.A.

15       profile obtained from the swabs of left fingernails

16       Mathews is a mixture of D.N.A. from at least two

17       individuals:   Louis H. Mathews, Jr. matched the major

18       male profile in this D.N.A. mixture.   The minor profile

19       in this mixture yielded inconclusive results for
                                *corr. 6*
20       comparison with Scott Turner.

21   Q   Now, I'm going to ask you, if you could, for the

22       jury, explain what the phrase that you are referring to

23       as yielded inconclusive results for comparison with
                           *corr 7*
24       Scott Turner means?

```
 1   A   Yes.   The D.N.A. obtained from the swab of right --
 2       fingernail clippings, right, Turner, one nanogram
 3       quantity, is a mixture of D.N.A. from at least three
 4       individuals.
 5          Scott Turner matched the major male profile in this
 6       D.N.A. mixture.   The minor profile in this D.N.A.
 7       mixture yielded inconclusive results for comparison
                          corr. 8
 8       with Louis H. Mathews.
 9   Q   The other samples obtained from under the fingernails
10       of Turner, tell us, please, that result?
11   A   The D.N.A. profile obtained from the swab of
12       fingernail clippings, left, Turner, has a mixture of
13       D.N.A. from at least two individuals.   Again, Scott
14       Turner matched the major male profile in this D.N.A.
15       mixture.
16          The minor profile in this D.N.A. mixture yielded
17       inconclusive results for comparison with Louis H.
18       Mathews, Jr.
19   Q   I didn't want to interrupt.   I'm sorry.
20   A   I just have one more conclusion.
21   Q   Okay.
22   A   The D.N.A. profile obtained from the swab of
23       fingernail clippings, right, Turner, at -- the original
24       test that I performed is a mixture of D.N.A. from at
```

```
 1      least two individuals.  Scott Turner matched the major

 2      male profile in this D.N.A. mixture.  The minor profile

 3      in this D.N.A. mixture yielded inconclusive results for
                                      corr.9
 4      comparison with Louis H. Mathews.

 5    Q  And we keep saying inconclusive results as it relates

 6      to that fellow.  It's inconclusive as it relates as to

 7      myself or the stenographer as well, isn't it?  We just

 8      can't test it?

 9    A  That's not necessarily the case.

10    Q  Okay.  You didn't have enough of a sample even when

11      you amplified it, true?

12    A  If I had comparison with -- the two exemplars samples

13      that I had, there was not enough information to

14      determine if the profile of Louis Mathews could be

15      included.

16    Q  Now, you tested a white t-shirt, true?

17    A  That's correct.

18    Q  And please give us your results with respect to the

19      white t-shirt?

20    A  I actually have two samples of -- from a white

21      t-shirt.

22    Q  Give us your results, please, ma'am?

23    A  The D.N.A. profile obtained from the red-brown stain

24      on t-shirt is a mixture of D.N.A. from at least three
```

I:9 CRRORS THIS PAGE

```
 1      individuals.  Scott Turner and Louis H. Mathews, Jr.

 2      are excluded as sources in this D.N.A. mixture.  The

 3      D.N.A. profile obtained from the red-brown stain on

 4      t-shirt sleeve is a mixture of D.N.A. from at least

 5      four individuals.

 6         Louis H. Mathews, Jr. is excluded as a source in this

 7      D.N.A. mixture.  The profile in this D.N.A. mixture

 8      yielded inconclusive results for comparison with Scott

 9      Turner.

10   Q  That's the white t-shirt, ma'am, true?  That's the

11      white t-shirt, right?

12   A  That is a white t-shirt.

13   Q  Was the minor profile from the t-shirt, specifically

14      I believe the chest -- and correct me if I'm wrong --

15      or the minor profiles in that compared to under the

16      fingernails of victim?

17   A  They were.

18   Q  What was the result?

19   A  That's not actually noted in the report, but it's

20      noted in the record of conversations.

21   Q  Please give us your results?  You're an expert?

22   A  The major profile obtained from the red-brown stain

23      on the t-shirt could be included as a potential

24      contributor to the minor profile obtained from the swab
```

1      in that photograph, true?

2    A   Yes, I do.

3    Q   To your knowledge, sir, being one of the head

4      detectives here, was a casting done of that automobile

5      tire?

6    A   Yes.

7    Q   Do we have the results of that?

8    A   That casting, I believe, was inconclusive.

9    Q   Do we have the results of that?

10   A   Do I have them with me?

11   Q   I'm just asking you, do you have the results?  Yes or

12     no?

13   A   No.

14   Q   And again, you're asking him, Was Scott driving?  His

15     response was the gentleman or Scott doesn't drive?

16   A   Correct.

17   Q   And you asked him how long you knew Scott; and

18     Mr. Mathews said about a week, right?

19   A   Correct.

20   Q   And that's corroborated by other people because we

21     know Mr. Turner had just come in and around that area

22     within the week?

23   A   Correct.

24   Q   Mathews tells you, We became real tight, right?