## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LOUIS H. MATHEWS,** ) | |
| ) | |
| **Petitioner,** ) | **Civil Action No.** |
| ) | **09-12200-FDS** |
| **v.** ) | |
| ) | |
| **ALDEN COWEN,** ) | |
| ) | |
| **Respondent.** ) | |

## ORDER ON MOTION FOR RECONSIDERATION

**SAYLOR, J.**

After review, petitioner's motion for reconsideration is DENIED.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Dated: April 22, 2019          United States District Judge